UNITED STATES of America,
Plaintiff–Appellee

v.

Adam Alcantar YANEZ, Defendant–
Appellant.

No. 09–10775
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 20, 2010.

Susan B. Cowger, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

William Reynolds Biggs, Charles M. Bleil, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Adam Alcantar Yanez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Yanez has filed a response. The record is insufficiently developed to allow consideration at this time of Yanez's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allega-

tions." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Yanez's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Yanez's request for appointment of counsel is DENIED. *Cf. United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998).

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.